08-21-00057-CV



FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/3/2021 2:37:00 PM
ELIZABETH G. FLORES
Clerk

# NORMA FAVELA BARCELEAU

**District Clerk**

500 E. San Antonio, Ste.  103
El Paso, Texas  79901
(915) 546-2021 PHONE
(915) 546-8139 FAX

November 3rd 2021

Elizabeth G. Flores
Clerk of the Court
8th Court of Appeals
500 E. San Antonio, Rm. 1203
El Paso, Texas  79901

        Reference: Clerk's Record
        Trial Court Case Number:  2019DCV3303
        Court of Appeals Number: 08-21-00057-CV

Dear Ms. Flores:

This is to inform your office that a Clerk's Record for the above noted case was ordered to be delivered on June 11, 2021 but will not be delivered. This office needs additional time to prepare the record. We respectfully request an extension until Friday, November 12, 2021.

Please feel free to contact me at 546-2021 ext. 3151 if you have any questions.

Sincerely yours,

NORMA FAVELA BARCELEAU,
District Clerk

By:_____
Stephanie V. Aguilar, Deputy